

18. mc- 0051

# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 50 ID

Administrative Suspension
Pursuant to Rule 219 of the
Pennsylvania Rules of
Disciplinary Enforcement

FILED
FEB 13 2018
By KATE BARKMAN, Clerk
Dep. Clerk

## ORDER

**AND NOW**, this 26th day of September, 2017, it is hereby Ordered that the attorneys named on the attached list are administratively suspended pursuant to Rule 219, Pa.R.D.E. Said administrative suspension shall take effect 30 days after the date of this order pursuant to Rule 217(d), Pa.R.D.E.

John A. Vaskov
Deputy Prothonotary

A True Copy Patricia Nicola
As Of 9/26/2017

Attest:
Chief Clerk
Supreme Court of Pennsylvania

## Disciplinary Board of the Supreme Court of Pennsylvania
## Attorneys Certified for Administrative Suspension

Year: 17-18

10/26/2017

### Philadelphia County
### Active

| ID# | Attorney |
| --- | --- |
| 316631 | Beale, Edward James |
| 28169 | Bednarz, Linda Sparks |
| 316301 | Blume, Seth Eric |
| 322312 | Bokosha, Terence |
| 42034 | Brodie, Janis W. |
| 316555 | Budd, Steven Michael |
| 2752 | Davis, Robert S. |
| 42281 | Deeb, Peter J. |
| 313668 | DeRose, John Anthony Jr. |
| 201540 | DiGiulio, Anthony M |
| 84979 | Dyson, Lionel Arnold |
| 204303 | Foley, Catherine Anne |
| 66700 | Friedman, Mindy |
| 79667 | Friedrichs, Karl F. |
| 16225 | Gallagher, Paul F. X. |
| 85802 | Gonzalez, Erica Seret |
| 312859 | Harmon, Rhashea Lynn |
| 316520 | Holmes, Rashonda |
| 63975 | Jackson, George Ernest |
| 94122 | Kadish, Andrew Seth |
| 207639 | Knopf, Eugenia Cin |
| 321673 | Konetski, Carl Nicholas |
| 209345 | Kucer, Andrew John |
| 90373 | Kurzweg, Jennifer Miller |
| 319126 | Leizerowski, Cary Stuart |
| 81108 | Lener, Jenifer Michele |
| 307526 | Lowenberg, Frederick Seth |
| 65374 | Milner, C. George III |
| 320560 | Nichols, Alisha Ann |
| 94837 | Nichols, Grant Edward |
| 321342 | Origlio, Dominic Anthony III |
| ==204791== | ==Pietras, Lisa Janel== |
| 39480 | Shaffer, Sheri Goodman |
| 80847 | Simon, Douglas E. |
| 309485 | Skipton, Edward |
| 314021 | Smith, Christina Lynn |
| 313464 | Solivan, Erik Louis |

1