IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:			:	MISCELLANEOUS
						:
LISA JANEL PIETRAS			:	NO. 18-mc-0051

FILED
MAR 29 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 29th day of March, 2018, respondent having been ordered on February 15, 2018, to show cause, within thirty (30) days, why she should not be **suspended** from the practice of law in this court, effective thirty (30) days from September 26, 2017, and respondent not having answered or requested a hearing, it is hereby

**ORDERED** that respondent is **suspended** from the practice of law in this court, effective thirty (30) days from September 26, 2017, and until further Order of this court.

BY THE COURT:

_____
LAWRENCE F. STENGEL
**Chief Judge**

Copies mailed to:
L. Pietras
3.29.18